FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 SEP 29 AM 10 30

STEPHAN HARRIS, CLERK
CHEYENNE

Reed Zars (Wyo. Bar No. 6-3224)
Attorney at Law
910 Kearney Street
Laramie, Wyoming 82070
307-745-7979
reed@zarslaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. _15-cv-169-S_ |
| ) | |
| STATE OF WYOMING, et al. ) | |
| ) | |
| Defendants ) | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 84.2(b), Reed Zars respectfully requests that Matthew Strugar be admitted to appear for plaintiff People for the Ethical Treatment of Animals, Inc. in this matter *pro hac vice*.

Mr. Strugar is a member in good standing of the bars of California, New York, and the District of Columbia, and is admitted to practice in the courts of the states of California and New York and the District of Columbia, in the federal districts of the Southern, Central, and Northern

Districts of California and the District of Columbia, in the Third, Ninth, and District of Columbia federal appellate courts, and the United States Supreme Court. Mr. Zars vouches to the good moral character and veracity of Mr. Strugar, to the best of Mr. Zars's knowledge and belief.

Mr. Strugar's address and phone numbers are set forth below:

Matthew Strugar
PETA Foundation
2154 Sunset Blvd.
Los Angeles, California 90026
(323) 210-2263

Mr. Zars is a member in good standing of the Wyoming bar and the bar of this Court.

Mr. Zars is fully prepared to represent Plaintiffs at any time, in any capacity in this matter.

Mr. Strugar shall associate himself with Mr. Zars for the limited purpose of this case.

Respectfully submitted,

DATED this 29th day of SEPT., 2015.

For Plaintiffs,

*Reed Zars*

Reed Zars
Attorney at Law
910 Kearney Street
Laramie, WY 82070
307-745-7979
reed@zarslaw.com