UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

WESTERN WATERSHEDS PROJECT, et al.         )
                                           )
            Plaintiffs,                    )
                                           )
v.                                         )   Case No. 15-CV-169
                                           )
STATE OF WYOMING, et al.                   )
                                           )
            Defendants.                    )

**AFFIDAVIT OF MATTHEW STRUGAR IN SUPPORT OF MOTION TO APPEAR _PRO HAC VICE_ ON BEHALF OF PLAINTIFF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**

Pursuant to Local Rule 84.2(b), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Matthew Daniel Strugar.

2. My contact information, including firm name, address, telephone number(s) and email address, are as follows:

   Matthew Strugar
   PETA Foundation
   2154 Sunset Blvd.
   Los Angeles, California 90026
   (323) 210-2263
   matthew-@petaf.org

3. I have been admitted, and am in good standing to practice in, the following courts:

   | Court | Date of Admission | Bar Number |
   | --- | --- | --- |
   | State of California | December 2, 2004 | 232951 |
   | State of New York | January 14, 2009 | N/A (does not use bar numbers) |

-2-

| | | |
|---|---|---|
| District of Columbia | October 15, 2012 | 1010198 |
| U.S. District Court for the Southern District of California | 2004 | N/A |
| U.S. District Court for the Northern District of California | 2009 | N/A |
| U.S. District Court for the Southern District of California | 2011 | N/A |
| U.S. District Court for the District of Columbia | 2015 | N/A |
| U.S. Court of Appeals for the Third Circuit | 2007 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 2011 | N/A |
| U.S. Court of Appeals for the District of Columbia | 2015 | N/A |
| U.S. Supreme Court | 2010 | N/A |

4. I am not subject to any pending disciplinary proceedings and have not been subject to any public sanctions in the past.

5. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming;

6. I acknowledge that local counsel is required to be fully prepared to represent plaintiffs at any time, in any capacity in this matter.

//

//

//

//

//

-3-

7.  I agree to both submit and be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of my preparation and representation in this matter.

Signed under penalty of perjury in accordance with 28 U.S.C. §1746.

DATED: September 25, 2015.