FILED



*4:32 pm, 9/29/15*
**Stephan Harris**
**Clerk of Court**

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

WESTERN WATERSHEDS PROJECT, et al.   )
                                      )
            Plaintiffs,               )
                                      )
v.                                    )   Case No. 15-CV-169
                                      )
STATE OF WYOMING, et al.              )
                                      )
            Defendants                )

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This matter having come before the Court on Plaintiffs' Motion to Appear Pro Hac Vice, and the Court being fully advised in the premises;

THE COURT HEREBY FINDS:

Matthew Strugar is a member in good standing of the California, New York, and District of Columbia bars, the federal districts of the Southern, Central, and Northern Districts of California and the District of Columbia, the Third, Ninth, and District of Columbia federal appellate courts, and the United States Supreme Court. His address and telephone number is:

Matthew Strugar
PETA Foundation
2154 Sunset Blvd.
Los Angeles, California 90026
(323) 210-2263

IT IS HEREBY ORDERED that Matthew Strugar shall be admitted, *pro hac vice*, to practice law in the United States District Court, District of Wyoming for the limited purpose of representing People for the Ethical Treatment of Animals, Inc., in the above-captioned matter.

DATED this __29th__ day of __September__, 2015.

BY THE COURT:

_____
Kelly H. Rankin,
Chief United States Magistrate Judge