# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Western Watersheds Project, et al,

                    Plaintiffs'

vs                                     Case Number: 15CV169-S

Wyoming Attorney General, et al,

                    Defendants'

## JUDGMENT IN A CIVIL ACTION

This action came before the Court and a decision has been rendered. IT IS HEREBY ORDERED AND ADJUDGED the Defendants' Motion to Dismiss is granted and this matter is dismissed, each party shall bear their own costs.

Dated this 6th day of July, 2016.

                                                      Stephan Harris
                                                      Clerk of Court

                                                      By   Tiffany Dyer
                                                      Deputy Clerk