IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; and NATURAL RESOURCES DEFENSE COUNCIL;<br><br>Plaintiffs,<br><br>v.<br><br>PETER K. MICHAEL, in his official capacity as Attorney General of Wyoming; TODD PARFITT, in his official capacity as Director of the Wyoming Department of Environmental Quality; PATRICK J. LEBRUN, in his official capacity as County Attorney of Fremont County, Wyoming; JOSHUA SMITH, in his official capacity as County Attorney of Lincoln County, Wyoming; CLAY KAINER, in his official capacity as County and Prosecuting Attorney of Sublette County, Wyoming;<br><br>Defendants. | Case No. 15-CV-169-SWS |

**ORDER GRANTING SECOND JOINT MOTION TO AMEND THE DISCOVERY AND BRIEFING DEADLINES**

This matter comes before the Court on the parties' second Joint Motion to Amend the Discovery and Briefing Deadlines (Doc. 84). The Court finds the motion is supported by good cause.

**IT IS THEREFORE ORDERED** that the second Joint Motion to Amend the Discovery and Briefing Deadlines (Doc. 84) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the discovery and briefing deadlines set forth in the January 2, 2018 scheduling order are modified as follows:

1. The written discovery deadline remains December 20, 2017 (no change to the existing schedule).

2. The fact discovery deadline, with exceptions detailed below, remains February 23, 2018 (no change to the existing schedule).

3. Defendants will take a second fact deposition of Mr. Jonathan Ratner with Plaintiff Western Watersheds Project, which will be limited to the supplement Western Watersheds Project provided, no later than April 30, 2018.

4. Defendants will take the fact deposition of Mickey Osterreicher with Plaintiff National Press Photographers Association no later than April 30, 2018.

5. Defendants will take the fact deposition of Erik Molvar with Plaintiff Western Watersheds Project no later than April 30, 2018.

6. Defendants will take the deposition of Bern Hinkley no later than April 30, 2018.

7. Plaintiffs will make their expert disclosures no later than March 9, 2018.

8. Defendants will make their expert disclosures of their rebuttal expert(s) under Rule 26(a)(2)(D) no later than April 10, 2018.

9. Expert discovery will close April 30, 2018.

2

10. The parties agree that nothing in this expert disclosure and discovery schedule is intended to affect their ability to supplement expert disclosures consistent with Fed. R. Civ. P. 26(e)(2), or as otherwise permitted.

11. All motions for summary judgment will be filed on or before May 30, 2018.[1]

12. All responses to motions for summary judgment will be filed on or before July 11, 2018.

13. All replies to motions for summary judgment, if any, will be filed on or before August 8, 2018.

14. Consistent with this Court's January 2, 2018 Order, following the close of discovery, the parties will jointly propose three (3) dates for a hearing on the parties' motion(s).

DATED this 8TH day of March, 2018.

Scott W. Skavdahl
United States District Judge

---

[1] The parties are advised that the Court has modified their proposed dates for the summary judgment briefing schedule. Though the Court has allowed an extended briefing schedule, the page limitations of Local Civil Rule 7.1(b)(2) continue to govern.