James Kaste, WSB#6-3244
Deputy Attorney General
Erik E. Petersen, WSB#7-5608
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov

*Counsel for Defendants Peter K. Michael and Todd Parfitt*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER K. MICHAEL, in his official capacity as Attorney General of Wyoming; TODD PARFITT, in his official capacity as Director of the Wyoming Department of Environmental Quality; PATRICK J. LEBRUN, in his official capacity as County Attorney of Fremont County, Wyoming; JOSHUA SMITH, in his official capacity as County Attorney of Lincoln County, Wyoming; CLAY KAINER, in his official capacity as County and Prosecuting Attorney of Sublette County, Wyoming, <br><br> *Defendants*. | Civil No. 15-cv-169-S |

## NOTICE REGARDING SUGGESTED HEARING DATES

This Court directed the parties to "jointly propose to the Court three (3) [] new potential hearing dates after the close of discovery." (Dkt. No. 81). The parties, having conferred, propose the following potential dates for the Court to hear argument on the parties' motions for summary judgment:

- September 20
- September 27
- October 4

Should the Court want additional dates to consider, the parties will promptly provide them.

Submitted May 10, 2018.

/s/ Erik Petersen
James Kaste, WSB No. 6-3244
Deputy Attorney General
Erik E. Petersen, WSB#7-5608
Senior Assistant Attorney General
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
james.kaste@wyo.gov

*Counsel for Defendants Peter K. Michael and Todd Parfitt*

s/ David S. Muraskin
David S. Muraskin
Public Justice, P.C.

1620 L St. NW, Suite 630  
Washington, DC 20036  
(202) 861-5245  
dmuraskin@publicjustice.net  
*Counsel for Western Watersheds Project and National Press Photographers Association*

Leslie A. Brueckner  
Public Justice, P.C.  
555 12th St., Suite 1230  
Oakland, CA 94607  
(510) 622-8205  
lbrueckner@publicjustice.net  
*Counsel for Western Watersheds Project and National Press Photographers Association*

Justin Marceau  
University of Denver Sturm College of Law  
(for identification purposes only)  
2255 East Evans Ave.  
Denver, CO 80208  
(303) 871-6000  
jmarceau@law.du.edu  
*Counsel for Western Watersheds Project and National Press Photographers Association*

Deepak Gupta  
Gupta Wessler PLLC  
1735 20th Street, NW  
Washington, DC 20009  
(202) 888-1741  
deepak@guptawessler.com  
*Counsel for National Press Photographers Association*

/s/ Michael E. Wall  
Michael E. Wall

Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
mwall@nrdc.org
*Counsel for Natural Resources Defense Council, Inc.*

Margaret Hsieh
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-2700
mhsieh@nrdc.org
*Counsel for Natural Resources Defense Council, Inc.*

Reed Zars
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 745-7979
reed@zarslaw.com
*Counsel for Plaintiffs*

*/s/* Richard Rideout
Richard Rideout, Esq. # 5-1564
Law Offices of Richard Rideout, PC
211 West 19th Street, Suite 100
P.O. Box 389
Cheyenne, Wyoming 82003-0389
307.632.1901
rsrideout@qwestoffice.net

*Counsel for Defendants Patrick Lebrun and Joshua Smith*

*/s/* Matt Gaffhey
Matt Gaffhey
Chief Deputy Sublette County and
Prosecuting Attorney
P.O. Box 1010
Pinedale, Wyoming $2941
(307)-367-23 00
rnatt.gaffney@sublettewyo.com
*Counsel for Defendant Clayton Kainer*

## **CERTIFICATE OF SERVICE**

      I certify that on the 10th day of May 2018, I electronically filed the foregoing with the Clerk of the U.S. District Court of Wyoming using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

                                          */s/ Erik Petersen*
                                          Erik E. Petersen