# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**
1:20 pm, 9/14/18
**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WYOMING ATTORNEY GENERAL, et al.,<br><br>　　　　　　　　　　　Defendant. | Case Number: 15-CV-169-SWS<br><br>Interpreter Needed: No<br><br>Setting or Resetting: Resetting |

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place:<br>Ewing T. Kerr Federal Building<br>111 South Wolcott St.<br>Casper, WY 82601-2534<br>Courtroom 2 | Before:<br>Scott W. Skavdahl, Chief United States District Judge | |
|---|---|---|
| | Date and Time PREVIOUSLY SCHEDULED:<br><br>October 4, 2018 at 1:30 p.m. | CONTINUED TO, Date and Time:<br><br>October 25, 2018 at 10:00 a.m. |

Type of Proceeding:

Oral Argument on Parties' Respective Motions for Summary Judgment

|  |  |
|---|---|
|  | Stephan Harris |
|  | Clerk of Court |
| Dated this 14th day of September, 2018. | Kim Blonigen |
|  | Deputy Clerk |

TO:

Counsel of Record

Court Reporter