Reed Zars, WSB #6-3224
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com
*Counsel for Plaintiffs*

Erik E. Petersen, WSB #7-5608
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
erik.petersen@wyo.gov
*Counsel for Defendants Peter K. Michael and Todd Parfitt*

[additional counsel listed below]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT;<br>NATIONAL PRESS PHOTOGRAPHERS<br>ASSOCIATION; and NATURAL RESOURCES<br>DEFENSE COUNCIL,<br>    *Plaintiffs,*<br><br>v.<br><br>PETER K. MICHAEL, in his official capacity<br>as Attorney General of Wyoming; TODD<br>PARFITT, in his official capacity as Director<br>of the Wyoming Department of Environmental<br>Quality; PATRICK J. LEBRUN, in his official<br>capacity as County Attorney of Fremont<br>County, Wyoming; JOSHUA SMITH, in his<br>official capacity as County Attorney of<br>Lincoln County, Wyoming; CLAY KAINER,<br>in his official capacity as County and<br>Prosecuting Attorney of Sublette County,<br>Wyoming,<br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 15-cv-169-S |

## JOINT MOTION TO EXTEND THE DEADLINE FOR A FEE PETITION

The Court entered a final judgment for Plaintiffs on October 29, 2018. Dkt. Nos. 113 & 114. On November 11, 2018, the parties jointly moved for an extension of the deadline for Plaintiffs to file their petition for fees and costs up to and including January 31, 2019. Dkt. No. 115. In that motion, the parties noted that they may return to the Court to seek additional time. The Court granted that motion. Dkt. No. 116. The parties now seek up to and including March 31, 2019, to either notify the court that a settlement has been reached, or for Plaintiffs to file their petition for costs and fees.

In support of this motion, the parties state as follows:

1.      Plaintiffs have provided Defendants a complete accounting of their fees and costs, including details regarding the rates which they seek, and contemporaneous time sheets detailing their hours and activities.

2.      Defendants have been assessing Plaintiffs' demand but have not yet responded with a settlement offer.

3.      Defendants note that, after Plaintiffs provided their information, Wyoming's new Governor was sworn in on January 7, 2019. The new Governor's approval is needed before Wyoming's counsel can extend a settlement offer.

4.      Defendants anticipate that they will be able to provide Plaintiffs a response to Plaintiffs' demand by February 8, 2019.

5.      The parties will then require time to discuss Defendants' response and, if no settlement is reached, for Plaintiffs to prepare their costs and fee petition.

Based on the foregoing representations, the parties respectfully request that the Court extend the deadline for filing a petition for fees and costs up to and including March 31, 2019.

Submitted this 23rd day of January, 2019.

1

/s/ David S. Muraskin
David S. Muraskin
Public Justice, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 861-5245
dmuraskin@publicjustice.net
*Counsel for Western Watersheds Project and*
*National Press Photographers Association*

Leslie A. Brueckner
Public Justice, P.C.
555 12th St., Suite 1230
Oakland, CA 94607
(510) 622-8205
lbrueckner@publicjustice.net
*Counsel for Western Watersheds Project and*
*National Press Photographers Association*

Justin Marceau
University of Denver Sturm College of Law
(for identification purposes only)
2255 East Evans Ave.
Denver, CO 80208
(303) 871-6000
jmarceau@law.du.edu
*Counsel for Western Watersheds Project and*
*National Press Photographers Association*

Deepak Gupta
Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com
*Counsel for National Press Photographers*
*Association*

/s/ Michael E. Wall
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
mwall@nrdc.org

2

*Counsel for Natural Resources Defense Council, Inc.*

Margaret Hsieh
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-2700
mhsieh@nrdc.org
*Counsel for Natural Resources Defense Council, Inc.*

Reed Zars, Wyo. Bar #6-3224
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com
*Counsel for Plaintiffs*


/s/ Erik Petersen
James Kaste, WSB No. 6-3244
Deputy Attorney General
Erik E. Petersen, WSB#7-5608
Senior Assistant Attorney General
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
james.kaste@wyo.gov
*Counsel for Defendants Peter K. Michael and Todd Parfitt*

Richard Rideout, Esq. # 5-1564[1]
Law Offices of Richard Rideout, PC
211 West 19th Street, Suite 100
P.O. Box 389
Cheyenne, Wyoming 82003-0389
307.632.1901
rsrideout@qwestoffice.net

---

[1] The parties contacted Mr. Rideout but were not able to obtain his express consent prior to filing this motion. The parties previously agreed to this extension in principle.

*Counsel for Defendants Patrick Lebrun and Joshua Smith*

<u>*/s/* Matt Gaffney</u>
Matt Gaffney
Chief Deputy Sublette County and Prosecuting Attorney
P.O. Box 1010
Pinedale, Wyoming $2941
(307)-367-23 00
rnatt.gaffney@sublettewyo.com
*Counsel for Defendant Clayton Kainer*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 23rd day of January, 2019, I electronically filed the foregoing with the

Clerk of the U.S. District Court of Wyoming using the CM/ECF system which sent a notice of

electronic filing to all counsel of record.


*/s/ Michael E. Wall*
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
mwall@nrdc.org
*Counsel for Natural Resources Defense Council*

5