Reed Zars, WSB #6-3224
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com
*Counsel for Plaintiffs*

Erik E. Petersen, WSB #7-5608
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
erik.petersen@wyo.gov
*Counsel for Defendants Bridget Hill and Todd Parfitt*

[additional counsel listed below]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; and NATURAL RESOURCES DEFENSE COUNCIL, *Plaintiffs*, | ) ) ) ) ) ) | |
| v. | ) ) | Civil No. 15-cv-169-S |
| BRIDGET HILL, in her official capacity as Attorney General of Wyoming; TODD PARFITT, in his official capacity as Director of the Wyoming Department of Environmental Quality; PATRICK J. LEBRUN, in his official capacity as County Attorney of Fremont County, Wyoming; JOSHUA SMITH, in his official capacity as County Attorney of Lincoln County, Wyoming; and MICHAEL CROSSON, in his official capacity as County and Prosecuting Attorney of Sublette County, Wyoming, *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**JOINT MOTION TO SET A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**

The Court entered a final judgment for Plaintiffs on October 29, 2018. Dkt. Nos. 113 & 114. On November 11, 2018, the parties jointly moved for an extension of the deadline for Plaintiffs to file their petition for fees and costs up to and including January 31, 2019. Dkt. No. 115. In that motion, the parties noted that they may return to the Court to seek additional time. The Court granted that motion. Dkt. No. 116. The parties sought, and the Court granted, a further extension up to and including March 31, 2019, to either notify the court that a settlement has been reached, or for Plaintiffs to file their petition for costs and fees. Dkt. No. 118. The parties now seek an order extending the motion deadline and setting a briefing schedule for Plaintiffs' Motion for Attorneys' Fees and Expenses.

In support of this motion and in accordance with Local Rule 54.3, the parties state as follows:

1.  Plaintiffs began discussing their costs and fees with Defendants Bridget Hill and Todd Parfitt (the State Defendants) on December 12, 2018. Plaintiffs have provided the State Defendants an accounting of their fees and costs, including details regarding hourly rates and contemporaneous time sheets detailing their hours and activities.

2.  The State Defendants made a counter-offer on February 1, 2019. In an email dated February 4, 2019, Plaintiffs sought clarification from the State Defendants regarding the counter-offer. The State Defendants responded on February 5, 2019. Plaintiffs then sought a further clarification regarding the State Defendants' offer on February 6, 2019, and the State Defendants responded on February 8, 2019

3.  Plaintiffs provided the State Defendants a revised offer on March 5, 2019. The State Defendants rejected that offer on March 15, 2019, and did not make a further counter-offer.

4.  The parties have been unable to reach an agreement on attorneys' fees and costs.

1

To accommodate the parties' counsel's obligations in other litigation, the parties respectfully request that the Court enter the following briefing schedule:

a. Plaintiffs will file their Motion for Attorneys' Fees and Expenses by April 16, 2019.

b. Defendants will file their response to Plaintiffs' Motion by May 8, 2019.

c. Plaintiffs will file their reply in support of their Motion by May 23, 2019.

Submitted this 27th day of March, 2019.

/s/ David S. Muraskin
David S. Muraskin
Public Justice, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 861-5245
dmuraskin@publicjustice.net
*Counsel for Western Watersheds Project and National Press Photographers Association*

Leslie A. Brueckner
Public Justice, P.C.
555 12th St., Suite 1230
Oakland, CA 94607
(510) 622-8205
lbrueckner@publicjustice.net
*Counsel for Western Watersheds Project and National Press Photographers Association*

Justin Marceau
University of Denver Sturm College of Law
(for identification purposes only)
2255 East Evans Ave.
Denver, CO 80208
(303) 871-6000
jmarceau@law.du.edu
*Counsel for Western Watersheds Project and National Press Photographers Association*

Deepak Gupta
Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com
*Counsel for National Press Photographers Association*

*/s/ Michael E. Wall*
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
mwall@nrdc.org
*Counsel for Natural Resources Defense Council, Inc.*

Margaret Hsieh
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-2700
mhsieh@nrdc.org
*Counsel for Natural Resources Defense Council, Inc.*

Reed Zars, Wyo. Bar #6-3224
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6268
reed@zarslaw.com
*Counsel for Plaintiffs*

*/s/ Erik Petersen*
Erik E. Petersen, WSB#7-5608
Senior Assistant Attorney General
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
erik.petersen@wyo.gov
*Counsel for Defendants Bridget Hill and Todd Parfitt*

3

/s/ Richard Rideout
Richard Rideout, Esq. # 5-1564
Law Offices of Richard Rideout, PC
211 West 19th Street, Suite 100
P.O. Box 389
Cheyenne, Wyoming 82003-0389
307.632.1901
rsrideout@qwestoffice.net
*Counsel for Defendants Patrick Lebrun and Joshua Smith*

/s/ Matt Gaffney
Matt Gaffney
Chief Deputy Sublette County and Prosecuting Attorney
P.O. Box 1010
Pinedale, Wyoming $2941
(307)-367-23 00
rnatt.gaffney@sublettewyo.com
*Counsel for Defendant Michael Crosson*

## CERTIFICATE OF SERVICE

I certify that on the 27th day of March, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court of Wyoming using the CM/ECF system which sent a notice of electronic filing to all counsel of record.

*/s/ Michael E. Wall*
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
mwall@nrdc.org
*Counsel for Natural Resources Defense Council*