Matt Gaffney
Wyoming Bar No. 6-4045
Sublette County Attorney's Office
43 East Pine Street
P.O. Box 1010
Pinedale, Wyoming 82941
307.367.2300
*Attorney for Defendant Michael Crosson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; and NATURAL RESOURCES DEFENSE COUNCIL, INC; <br><br> *Plaintiffs* <br><br> v. <br><br> BRIDGET HILL, in her official capacity as Attorney General of Wyoming; TODD PARFITT, in his official capacity as Director of the Wyoming Department of Environmental Quality; PATRICK L. LEBRUN, in his official capacity as County Attorney of Fremont County, Wyoming; JOSHUA SMITH, in his official capacity as County Attorney of Lincoln County, Wyoming; MICHAEL CROSSON, in His official capacity as County Attorney of Sublette County, Wyoming. <br><br> *Defendants.* | Civil No. 15-CV-169-s |

## DEFENDANT CROSSON'S RESPONSE TO MOTION FOR AWARD OF ATTORNEY FEES AND DISMISSAL OF DEFENDANT CROSSON

1

Defendant Michael Crosson, County and Prosecuting Attorney for Sublette County, Wyoming, by and through his undersigned counsel, respectfully submits this Motion for Award of Attorney Fees and Dismissal of Defendant Crosson as a Necessary and Property Party to this Action for the reasons stated in the attached Memorandum.

Dated this 6th of May, 2019

/s/ Matt Gaffney

Matt Gaffney
Wyoming Bar No. 6-4045
Sublette County Attorney's Office
43 East Pine Street
P.O. Box 1010
Pinedale, Wyoming 82941
307.367.2300
*Attorney for Defendant Michael Crosson*

## CERTIFICATE OF SERVICE

This is to certify that on the 6th of May 2019, the undersigned served the forgoing **Memorandum** to all counsel of record using to the CM/ECF System:

/s/ Matt Gaffney
Matt Gaffney
Wyoming Bar No. 6-4045
Sublette County Attorney's Office
43 East Pine Street
Pinedale, Wyoming 82941
307.367.2300
*Attorney for Defendant Michael Crosson*