```
          FILED
    ICT OF WYOMING
    DISTRICT COURT

    SEP 16 2019

  U.S. MAGISTRATE JUDGE
```

# United States District Court
# For The District of Wyoming

| | |
|---|---|
| NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; NATIONAL RESOURCES DEFENSE COUNCIL, INC.; WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER K. MICHAEL, *in his official capacity as Wyoming Attorney General*; TODD PARFITT, *in his official capacity as Wyoming Department of Environmental Quality Director*; PATRICK LEBRUN, *in his official capacity as Fremont County Attorney*; JOSHUA SMITH, *in his official capacity as Lincoln County Attorney*; and CLAY KAINER, *in his official capacity as Sublette County Attorney*,<br><br>Defendants. | Civil No. 2:15-CV-00169-SWS |

## ORDER FOR SETTLEMENT CONFERENCE

This matter having come before this Court pursuant to a stipulated agreement by the parties for a settlement conference, and the Court finding that the requested relief should be granted, does now hereby:

ORDER that the parties appear before the Honorable Mark L. Carman, United States Magistrate Judge at **9:00 o'clock a.m. on November 22, 2019**. Plaintiffs should find a suitable

venue for purposes of a settlement conference, preferably in the downtown area of Denver, Colorado.

Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Set forth below are the procedures the Court will require the parties to follow and the procedures the Court typically will employ in conducting the conference.

## 1. SETTLEMENT STATEMENTS

At least five (5) business days before the conference, each of the parties shall submit to Judge Carman's chambers a short confidential settlement statement in supplementation of the briefing regarding attorney fees and the names of all persons who shall attend the mediation, for the use of the Court in conducting the settlement conference. The submission may provide such information by reference to pleadings in the case and should be emailed to wyojudgemlc@wyd.uscourts.gov.

## 2. ATTENDANCE OF PARTIES REQUIRED

**Parties with full and complete settlement authority are required to personally attend the conference.** An insured party shall appear by representative of the insurer who is authorized to negotiate, and who has authority to settle the matter up to the limits of the opposing parties' existing settlement demand. An uninsured corporate entity shall appear by a representative authorized to negotiate, and who has authority to settle the matter up to the amount of the opposing parties' existing settlement demand or offer. Having a client with authority available by telephone is not an acceptable alternative, except under the most extenuating circumstances. The purchase of an airplane ticket is not an extenuating circumstance. The Court has ordered sanctions

for failure to comply with this directive.

3. **MEDIATION FORMAT**

Judge Carman will generally use a mediation format that begins with a brief introduction by the Judge, followed by private caucusing by the Judge with each side. The Court expects both the lawyers and the party representatives to be fully prepared to participate. The Court encourages all parties to keep an open mind in order to reassess their previous positions and to discover creative means for resolving the dispute.

4. **STATEMENTS INADMISSIBLE**

The Court expects the parties to address each other with courtesy and respect. Parties are encouraged to be frank and open in their discussions. As a result, statements made by any party during the settlement conference are not to be used in discovery and will not be admissible at trial.

Dated this 16th day of September, 2019.

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE