### IN THE UNITES STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INC; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; and CENTER FOR FOOD SAFETY, <br><br> *Plaintiffs* <br><br> v. <br><br> PETER MICHAEL, in his official capacity as Attorney General of Wyoming; TODD PARFITT, in his official capacity as Director of the Wyoming Department of Environmental Quality; PATRICK L. LEBRUN, in his official capacity as County Attorney of Fremont County, Wyoming; JOSHUA SMITH, in his official capacity as County Attorney of Lincoln County, Wyoming; CLAY KAINER, in his official capacity as County Attorney of Sublette County, Wyoming; MATT MEAD, in his official capacity as Governor of Wyoming, <br><br> *Defendants.* | Civil No. 15-CV-169-s |

### ENTRY OF APPEARANCE

The undersigned Michael Crosson, Esq. Defendant herein, hereby enters his appearance in the above entitled matter as counsel of record.

Dated this 26th day of November, 2019.

/s/ Michael J. Crosson<br>
Michael J. Crosson<br>
Wyoming Bar No. 6-3597

1

Sublette County Attorney's Office
17 South Fremont Street
P.O. Box 1010
Pinedale, Wyoming 82941
307.367.2300
*Sublette County Attorney/Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that on the 26th day of November, 2019, the undersigned served the foregoing Entry of Appearance to all counsel of record using the CM/ECF system.